# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, Pamela | E.D. Wisconsin Bankrutpcy | 05/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Suite 140
Milwaukee, Wisconsin 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Pepper ▮ Revocable Trust |
| 2. | Chief Judge | United States Bankruptcy Court, Eastern District of Wisconsin |
| 3. | Ex-officio director | Eastern District of Wisconsin Bar Association |
| 4. | Associate editor | American Bankruptcy Law Journal |
| 5. | Education chair | American Bankruptcy Institute |
| 6. | Seventh Circuit governor | National Conference of Bankruptcy Judges |
| 7. | Bankruptcy judge representative | Human Resources Advisory Council--Administrative Office of U.S. Courts |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/09/2011 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 2. 7/01/2011 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 3. 10/17/2011 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 4. 12/31/2011 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Engberg Anderson Design Partnership--salary |
| 2. 2011 | Village of Shorewood--Village Trustee compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin Bankruptcy Section Retreat | March 3-4 | Kohler, Wisconsin | Bankruptcy Seminar | Hotel, travel and meals |
| 2. | Bankruptcy Association of Southern Illinois | April 7-8 | Fairview Heights, Illinois | Bankruptcy Seminar | Hotel, travel and meals |
| 3. | Bankruptcy Bar Association of Southern Florida | May 5-8 | Naples, Florida | Bankruptcy Seminar | Hotel, travel and meals |
| 4. | Columbus Bar Association Bankruptcy Law Institute | May 12 | Columbus, Ohio | Bankruptcy Seminar | Travel and meals |
| 5. | Eight Circuit Bankruptcy Judges | June 2-4 | Omaha, Nebraska | Bankruptcy Seminar | Hotel, travel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | June 9-12 | Traverse City, Michigan | Bankruptcy Seminar | Hotel, travel and meals |
| 7. | Advanced Consumer Bankruptcy Practice Institute | July 20-23 | Albuquerque, New Mexico | Bankruptcy Litigation Instruction Training | Hotel, travel and meals |
| 8. | National Conference of Bankruptcy Judges | October 11-15 | Tampa, Florida | Bankruptcy Seminar | Hotel, travel and meals |
| 9. | State Bar of Wisconsin, Bankruptcy Section | November 17-18 | Milwaukee and Madison, Wisconsin | Bankruptcy Seminar | Mileage and meals |
| 10. | American Bankruptcy Institute | December 1-3 | Palm Desert, California | Bankruptcy Seminar | Hotel, travel and meals |
| 11. | Mississippi Bankruptcy Conference | December 14-16 | Jackson, Mississippi | Bankruptcy Seminar | Hotel, travel and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 2. American Funds, ▮▮▮▮▮, SEP IRA-- The Growth Fund | A | Dividend | J | T | | | | | |
| 3. Penn Mutual Life Insurance | | | | | | | | | |
| 4. ▮▮▮▮▮--insured | A | Dividend | K | T | | | | | |
| 5. ▮▮▮--insured | A | Dividend | K | T | | | | | |
| 6. The Principal Life Insurance Company | | | | | | | | | |
| 7. ▮▮▮▮▮--insured | A | Dividend | J | T | | | | | |
| 8. ▮▮▮--insured | A | Dividend | J | T | | | | | |
| 9. Princor Financial Services | | | | | | | | | |
| 10. ▮▮▮▮▮, Mutual Fund (profit-sharing plan) | | | | | | | | | |
| 11. --Principal Investors Real Estate Sec. | A | Dividend | K | T | | | | | |
| 12. --Principal Investors Diversified Intl. Fund | A | Dividend | J | T | | | | | |
| 13. --Principal Investors Small Cap Blend | A | Dividend | J | T | | | | | |
| 14. --Principal Investors Mid Cap Blend Fund | A | Dividend | K | T | | | | | |
| 15. --Principal Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 16. --Principal Equity Income Fund | A | Dividend | J | T | | | | | |
| 17. --IRA, Principal Mutual Funds, Smcap and Midcap Blend | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 19.  Revocable Trust | | | | | | | | | |
| 20.  --Equitable Bank checking account | A | Interest | J | T | | | | | |
| 21.  Great-West Retirement Services 401(k)-- Formerly U.S. Bank | | | | | | | | | |
| 22.  --American Funds EuroPacific Growth--X | B | Dividend | K | T | | | | | |
| 23.  --American Funds Fundamental Investors Large Cap--X | C | Dividend | K | T | | | | | |
| 24.  --First American Equity Index Fund | C | Dividend | K | T | | | | | |
| 25.  Equitable Bank Money Market Savings Account--X | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 05/31/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544